# SUSSMAN & ASSOCIATES
## *- Attorneys at Law -*

MICHAEL H. SUSSMAN

JONATHAN R. GOLDMAN

1 Railroad Ave. - Suite 3
P.O. Box 1005
Goshen, New York 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANT
SARAH OSBORNE

CHRISTOPHER D. WATKINS
of Counsel

November 27, 2019

Honorable Cathy Seibel
United States District Judge
United States District Court – SDNY
300 Quarropas Street
White Plains, New York 10601

Honorable Judith C. McCarthy
United States Magistrate Judge
United States District Court – SDNY
300 Quarropas Street
White Plains, New York 10601

Re: **Hossu v. County of Putnam, et al., 16 cv 2027 (CS)(JCM)**

Dear Judge Seibel and Magistrate Judge McCarthy,

I represent plaintiff in this matter. I write to advise Your Honors that the parties have reached a resolution of the above-referenced litigation. I have today filed an acceptance of the Rule 68 Offer of Judgment filed earlier this month by counsel for defendants and have otherwise confirmed with Mr. Kleinberg my client's acceptance of that offer and the associated terms, which are set forth in it.

I will file a fully executed Stipulation of Discontinuance upon receipt of the settlement proceeds from defendants' counsel.

On behalf of all involved, I wanted to thank both of you for the careful consideration Your Honors gave to this matter and to wish you and your families a wonderful Thanksgiving.

Respectfully,

Michael H. Sussman

cc: Counsel of record