UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x        16 CV 2027 (CS)
ALEXANDRU HOSSU,

      Plaintiff,                                                      ~~PROPOSED~~
                                                           **JUDGMENT**

  vs.

COUNTY OF PUTNAM DONALD SMITH, WILLIAM
McNAMARA, PATRICK CASTALDO, STEPHEN
TRICINELLI, FREDERICK GREEN, KENNETH
BORDEN,

      Defendants.
------------------------------------------------------------x

      **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff, Alexandru Hossu shall take from defendants, jointly and severally, the sum of $750,000, inclusive of interest, attorneys' fees, litigation expenses and costs accrued in the within matter.

      This judgment is in full satisfaction of all federal and state law claims and rights that plaintiff may have for damages and any other form of relief arising out of the acts and omissions of defendants or any official, employee or agent, whether past or present, of the County of Putnam, or any agency or department thereof, in connection with the facts and circumstances that are the subject matter of this action. As such, satisfaction of this judgment shall serve to release and discharge defendants, their successor, agents and assigns, and past and present officials,

employees, insurers, representatives and agents of the County of Putnam from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances which are the subject of this action.

Said judgment shall be paid within thirty days of its entry by this Court.

SO ORDERED.

_____
JUDGE, U.S.D.C.–S.D.N.Y.

Dated: 12/13/19